# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1920.  BILLY THARPE PIERCE v. THE STATE.**

In 2011, Billy Tharpe Pierce pled guilty to two counts of aggravated assault and one count of cruelty to children in the first degree, and the trial court sentenced him to a total of 60 years' imprisonment.  This Court affirmed his convictions on direct appeal.  See *Pierce v. State*, Case No. A12A0269 (affirmed May 11, 2012).  Recently, Pierce filed a motion for an out-of-time appeal, which the trial court denied on December 13, 2017.  Pierce then filed this appeal on February 23, 2018.[1]  We lack jurisdiction for two reasons.

First, Pierce's appeal is untimely.  To be timely, a notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Pierce filed his notice of appeal 72 days after entry of the trial court's order, it is untimely.

Second, "[a]n out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal."  *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014).  Because Pierce already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal.").

---

[1] Pierce directed his appeal to the Supreme Court, which transferred the case here.  See *Pierce v. State*, Case No. S18A1111 (transferred May 7, 2018).

Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/02/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*